# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DAVID L. WIGGINS,** § § | |
| Plaintiff, § § | |
| v. § | Case No. 2:17-cv-00836-JLG-EPD |
| § | |
| **MERCANTILE ADJUSTMENT BUREAU, LLC,** § § § | |
| Defendant. § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Mercantile Adjustment Bureau, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Defendant and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Defendant and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Robert G. Knirsch
Robert G. Knirsch
OH Bar No. 0080770
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Telephone: (216) 331-1308
Facsimile: (216) 220-4937
Email: rgknirsch@sessions.legal

*Attorney for Defendant,*
*Mercantile Adjustment Bureau, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Ohio and served via CM/ECF upon the following:

Jack S. Malkin
20521 Chagrin Blvd., Suite E
Shaker Heights, OH 44122
Telephone: (216) 751-7708
Email: jmalkin23@hotmail.com
*Attorney for Plaintiff*

                                          /s/ Robert G. Knirsch
                                          Robert G. Knirsch