**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DAVID WIGGINS,**

    **Plaintiff,**

                              **Case No. 2:17-cv-836
                              Judge James L. Graham**
    **v.**                              **Magistrate Judge Elizabeth P. Deavers**

**MERCANTILE ADJUSTMENT
BUREAU, LLC,**

    **Defendant.**

## **ORDER**

    This case has been reported as settled.  (ECF No. 4.)  Plaintiff is **ORDERED** to file a written status report no later than **DECEMBER 1, 2017**, if the case remains pending on that date.

    **IT IS SO ORDERED.**

Date: November 1, 2017                              /s/ *Elizabeth A. Preston Deavers*
                                                      ELIZABETH A. PRESTON DEAVERS
                                                      UNITED STATES MAGISTRATE JUDGE