## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DAVID L. WIGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:17-cv-00836-JLG-EPD |
| ) | |
| MERCANTILE ADJUSTMENT ) | |
| BUREAU, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DAVID WIGGINS, ("Plaintiff"), through his attorney, Jack Malkin, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC.

                                                                                          Respectfully submitted,

November 29, 2017                             By: /s/ Jack S. Malkin
                                                                  Jack S. Malkin, Esq.
                                                                  Ohio Bar Number: 0034018
                                                                  20521 Chagrin Blvd., Suite E
                                                                  Shaker Heights, OH 44122
                                                                  Tel: 216-751-7708
                                                                  jmalkin23@hotmail.com
                                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      On November 29, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Robert G. Knirsch, at rgknirsch@sessions.legal.

                                      By: /s/ Jack S. Malkin
                                               Jack S. Malkin, Esq.